**MEMO ENDORSED**



JCohen Legal LLC
7 Penn Plaza Suite 601
New York, NY 10001
(516) 987-7103
jcohen@jcohenesq.com

January 6, 2026

***VIA ECF***
The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

      Re:    The Parties' joint request to stay all Court ordered deadlines and for a referral to mediation in *Franco v. 841-853 Fee Owner LLC, et. al.*
              Case No. 1:25-cv-02072-ALC-GS

Dear Judge Stein:

This law firm represents Defendant Max NY Union Square LLC ("Max NY") in the above captioned action.

I write jointly with counsel for all parties to respectfully request: (1) a stay of all current case deadlines through April 16, 2026; and (2) a referral to the Court's mediation program to aid the parties in resolving this dispute.

The purpose of this requested stay is to reach an early settlement with Plaintiff before embarking on costly and time-consuming fact and expert discovery for the four parties and to utilize the Court's mediation program to assist the four parties in reaching a resolution.

The requested stay is inclusive of all case deadlines including those in the Court's Order at ECF 31, dated November 18, 2025, as follows:

1. All fact discovery shall be completed by February 13, 2026.
2. Defendant Fee Owner shall serve responses to Plaintiff's First Request for Documents and First Set of Interrogatories no later than December 7, 2025.
3. Defendant Fee Owner shall serve initial requests for production and interrogatories no later than November 21, 2025.
4. Defendant Fee Owner to facilitate an inspection of the subject premises no later than, March 9, 2026

*Franco v. 841-853 Fee Owner LLC, et.al.*
*1:25-cv-02072-ALC-GS*
P a g e | **2**

5. Requests to admit shall be served by January 9, 2026.
6. Depositions shall be completed by January 23, 2026.
7. All expert discovery shall be completed by May 13, 2026; and
8. Defendant Max NY and Defendant Max Brenner Union Square LLC's time to file a pleading in response to the Amended Complaint.

By way of further background for the Court, the Plaintiff only filed its Amended Complaint on October 8, 2025 in which it first added Defendant Max NY to the case. Additionally, defendant Max Brenner Union Square LLC only appeared in this case on December 30, 2025.

Now that all parties have appeared by counsel, counsel have conferred and are in agreement that a stay of pending case deadlines would create appropriate conditions to attempt to resolve this dispute including by scheduling a mediation through the Court's mediation program if the parties are not able to successfully resolve the dispute prior to mediation.

Additionally, this is Max NY's second request for an extension of time (the first being granted by the Court allowing Max NY to file its answer by January 8, 2026 at ECF 34).[1] This is defendant Max Brenner Union Square LLC's second request (the first is pending before the Court to allow it to file its answer at ECF 37). This is Plaintiff and Defendant Fee Owner 's second request to extend discovery with the first request having been granted by the Court at ECF 31 which requested an extension of the case deadlines in the Court's case management plan and scheduling order at ECF 16 (when only those parties had entered appearances in the case).

Finally, as noted, all four parties affected by this request join this request.

Should Your Honor grant this request for a stay, the parties agree to submit a joint letter by no later than April 23, 2026 providing a status update on the case, and if no settlement has been reached by that date, submit a new proposed discovery schedule to the Court.

I thank Your Honor for your time and consideration to this joint request.

Respectfully submitted,

/s/ Jonathan Cohen, Esq.

cc: Counsel of Record via ECF

---

[1] For the avoidance of doubt as to deadlines in the case, the Court's order at ECF 34 inadvertently listed Defendant Max Brenner Union Square LLC in its order granting an extension of time though the letter application was made by the undersigned on behalf of Defendant Max NY. (ECF 33)

Application granted.  All pending discovery deadlines shall be stayed pending the parties' mediation efforts.  Additionally, the parties are instructed to submit a joint status letter by no later than April 23, 2026, outlining whether settlement has been reached and, if not, submitting a proposed discovery schedule at that time.  The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 28, 37, and 38.  SO ORDERED.

Date:    January 7, 2026

Gary Stein
United States Magistate Judge
Southern District of New York