**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/26 _____



JCohen Legal LLC
7 Penn Plaza Suite 601
New York, NY 10001
(516) 987-7103
jcohen@jcohenesq.com

February 24, 2026

***VIA ECF***

| | |
|---|---|
| The Honorable Andrew L. Carter, Jr. | The Honorable Gary Stein |
| United States District Judge | United States Magistrate Judge |
| Southern District of New York | Southern District of New York |
| 40 Foley Square | 500 Pearl Street, Room 702 |
| New York, NY 10007 | New York, New York 10007 |

Re:    Defendant Max NY Union Square LLC notice of bankruptcy in *Franco v. 841-853 Fee Owner LLC, et. al.,* Case No. 1:25-cv-02072-ALC-GS

Dear Judge Carter and Judge Stein:

This law firm represents Defendant Max NY Union Square LLC ("Max NY") in the above captioned action.

I write to inform the Court that Defendant Max NY filed for bankruptcy protection on February 10, 2026 - *In re: Max NY Union Square LLC, et al. U.S. Bankruptcy Court, (SDNY) 26-10275-mg.*

In light of the automatic stay imposed pursuant to 11 U.S.C. § 362, I respectfully request that the Court stay this matter, including all orders, proceedings, stipulations, and proposed mediations, pending further order of the Bankruptcy Court. At present, there is an order of this Court, dated January 7, 2026 (ECF 40) staying prior due dates in the action and directing the parties to conduct a mediation and report back to the Court by no later than April 23, 2026.

I thank Your Honors for your time and consideration to this request.

Respectfully submitted,

/s/ Jonathan Cohen, Esq.

cc:    Counsel of Record via ECF
       Mediator's Office (by email mediationoffice@nysd.uscourts.gov
       Ms. Leslie Salzman, Mediator (by email salzman@yu.edu)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

This matter is hereby stayed pending further order of the Bankruptcy Court. All deadlines are adjourned *sine dine*.

March 3, 2026
New York, NY