**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

MILAGROS FRANCO,

                Plaintiff,

           -against-

841-853 FEE OWNER LLC and MAX
BRENNER UNION SQUARE LLC,

                Defendants.

------------------------------------------------------------------------X

**25 Civ. 2072 (ALC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On March 3, 2026, Judge Carter stayed this action after Defendant Max NY Union Square LLC's Suggestion of Bankruptcy and related bankruptcy action.  (Dkt. No. 42).  The parties shall provide joint status updates to the Court regarding the progression of the bankruptcy proceedings every 90 days, beginning on Monday, August 10, 2026.

       **SO ORDERED.**

DATED:     New York, New York
             May 12, 2026

                                        _____

                                  The Honorable Gary Stein
                                  United States Magistrate Judge